AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**FILED**
2017 SEP 28 A 11: 52
US DISTRICT COURT
BRIDGEPORT CT

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

MICHAEL NORWOOD )
_____ )
*Petitioner* )
  )
v. ) Case No. 3:17cv1636(MPS)
  ) *(Supplied by Clerk of Court)*
  )
D.K. WILLIAMS )
_____ )
*Respondent* )
*(name of warden or authorized person having custody of petitioner)*

### PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: MICHAEL NORWOOD
   (b) Other names you have used: N/A
2. Place of confinement:
   (a) Name of institution: Federal Correctional Institution Danbury
   (b) Address: Route 37, Danbury, CT 06811
   (c) Your identification number: 06970-014
3. Are you currently being held on orders by:
   ☒ Federal authorities   ☐ State authorities   ☐ Other - explain:
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☒ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you: U.S. District Court for the District of New Jersey
     (b) Docket number of criminal case: 96-CR-232
     (c) Date of sentencing: Msy 30, 1997
   ☐ Being held on an immigration charge
   ☐ Other *(explain)*:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:

   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

   ☐ Pretrial detention

   ☐ Immigration detention

   ☐ Detainer

   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)

   ☐ Disciplinary proceedings

   ☒ Other *(explain):* Challenging execution of restitution judgment

6. Provide more information about the decision or action you are challenging:

   (a) Name and location of the agency or court: Bureau of Prisons

   (b) Docket number, case number, or opinion number: N/A

   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed):*
   Denial by BOP of request to terminate restitution

   (d) Date of the decision or action: September, 2017

## Your Earlier Challenges of the Decision or Action

7. **First appeal**

   Did you appeal the decision, file a grievance, or seek an administrative remedy?

   ☒ Yes          ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: Respondent, Warden Williams

   (2) Date of filing: May, 2017
   (3) Docket number, case number, or opinion number: N/A
   (4) Result: denied
   (5) Date of result: June, 2017
   (6) Issues raised: Restitution lien must be terminated

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal:

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☒ Yes    ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Northeast Regional Director, Bureau of Prisons
   (2) Date of filing: June, 2017
   (3) Docket number, case number, or opinion number: N/A
   (4) Result: denied
   (5) Date of result: July 17, 2017
   (6) Issues raised: Restitution lien must be terminated

   (b) If you answered "No," explain why you did not file a second appeal:

9. **Third appeal**
   After the second appeal, did you file a third appeal to a higher authority, agency, or court?
   ☒ Yes    ☐ No
   (a) If "Yes," provide:
   (1) Name of the authority, agency, or court: Central Office, Bureau of Prisons
   (2) Date of filing: July 25, 2017
   (3) Docket number, case number, or opinion number: N/A
   (4) Result: Restitution lien must be terminated
   (5) Date of result: September, 2017
   (6) Issues raised: Restitution lien must be terminated

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes   ☒ No

If "Yes," answer the following:

(a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

☐ Yes   ☐ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

☐ Yes   ☒ No

If "Yes," provide:
(1) Name of court: N/A
(2) Case number: N/A
(3) Date of filing: N/A
(4) Result: N/A
(5) Date of result: N/A
(6) Issues raised: N/A

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: `The petitioner's exclusive remedy for attacking a restitution judgment is 28 U.S.C. Section 2241. See Kaminski v. United States, 339 F3d 84, 86-89 (2d. Cir. 2003)`

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☐ Yes  ☒ No
If "Yes," provide:
(a) Date you were taken into immigration custody: N/A
(b) Date of the removal or reinstatement order: N/A
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes  ☐ No   N/A
If "Yes," provide:
(1) Date of filing: N/A
(2) Case number: N/A
(3) Result: N/A
(4) Date of result: N/A
(5) Issues raised: N/A

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes  ☐ No
If "Yes," provide:
(1) Name of court:
(2) Date of filing:
(3) Case number:

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

    (4) Result:     N/A
    (5) Date of result:     N/A
    (6) Issues raised:     N/A

12. **Other appeals**

    Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

    ☐ Yes      ☒ No

    If "Yes," provide:
    (a) Kind of petition, motion, or application:    N/A
    (b) Name of the authority, agency, or court:    N/A

    (c) Date of filing:    N/A
    (d) Docket number, case number, or opinion number:    N/A
    (e) Result:    N/A
    (f) Date of result:    N/A
    (g) Issues raised:    N/A

### Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

    **GROUND ONE:** PETITIONER IS ENTITLED TO AN AMENDED JUDGMENT TERMINATING RESTITUTION PORTION OF JUDGMENT

Page 7 of 10

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
The version of 18 U.S.C. Section 3613(c) in effect on the date the petitioner's charged offenses ended on April 12, 1996, requires that this Court issue an Amended Judgment terminating the restitution portion of the judgment because more than 20 years has passed since the May 30, 1997 restitution judgment was issued. See U.S. v. Berardini, 112 F3d 606, 611 (2d. Cir. 1997) (continued on page 8A of 10)

(b) Did you present Ground One in all appeals that were available to you?
xx☒Yes  ☐No

GROUND TWO: ___N/A___

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Two in all appeals that were available to you?
☐Yes  ☐No  N/A

GROUND THREE: ___N/A___

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Three in all appeals that were available to you?
☐Yes  ☐No

N/A

PARAGRAPH 13(a) SUPPORTING FACTS: (continued from previous page)

The petitioner submits that the Bureau of Prisons' retrospective application of the amended version of Section 3613(c), which was enacted 12 days after the petitioner's charged offenses ended, clearly violated the Ex Post Facto Clause. See United States v. Thompson, 112 F3d 113, 114 n. 1 (2d. Cir. 1997) and United States v Edwards, 162 F3d 87, 92 (3d. Cir. 1998) (both holding that retrospective application of amended version of Mandatory Victim Restitution Act violated Ex Post Facto Clause).

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** N/A

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:
N/A

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes   ☐ No
N/A

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: N/A

## Request for Relief

15. State exactly what you want the court to do: Direct the respondent to remove its restitution encumbrance which is currently lodged on $6,031.40 in petitioner's Inmate Trust Fund Account; and Issue an Amended Judgment TERMINATING restitution portion of Judgment.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

September 20, 2017

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: September 20, 2017

*Signature of Petitioner*

N/A

*Signature of Attorney or other authorized person, if any*

Mr. [illegible]
06970-014 Federal Correctional Institution
33 1/2 Pembroke Road
Danbury, CT 06811

CLERK
U.S. District Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604