UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL NORWOOD,

    Petitioner,

    v.

D. K. WILLIAMS,

    Respondent.

Civil No. 18-0874-RBK

RECEIVED NOV 13 2019 AT 8:30 M WILLIAM T. WALSH, CLERK

## PETITIONER'S REPLY TO RESPONDENT'S RESPONSE TO MOTION TO AMEND PETITION

The petitioner, Michael Norwood, pro se, hereby replies to the respondent's response to his Motion to Amend Petition, as set forth below:

1. In a nut-shell, the respondent argues that "the motion to amend raises entirely different issues, on different grounds than the original petition". (Response, at p. 2). The respondent's argument ignores the plain language of Rule 15(a) of the Federal Rules of Civil Procedure, which allows a petition to be amended for any reason, in the first instance, providing that the opposing party has not yet responded to the petition.

2. Alternatively, the respondent requests that the motion to amend be transferred to the District of connecticut, the place of the petitioner's confinement. (Response, at p. 2). Aside from disregarding the petitioner's statutory right to amend this action under Rule 15(a), this argument fails to consider that the Court in the District of Connectucut transferred this petition to the District of New Jersey pursuant to 28 U.S.C.

Section 1404(a), essentially because all the records in this case are located in the District of New Jersey. See <u>Norwood v. Williams</u>, 2018 U.S. Dist. LEXIS 3360 (filed Jan. 9, 2018, D. Conn., Shea, J.). Accordingly, Section 1404(a) clearly provides this Court with jurisdiction to grant the motion to amend.

## CONCLUSION

The motion to amend must be allowed based on the plain language of Rule 15(a).

Respectfully submitted,

*/s/ Michael Norwood*
MICHAEL NORWOOD, Pro Se
33½ Pembroke Road
Danbury, CT 06811

Dated: November 7, 2019

PROOF OF SERVICE

This is to certify that a copy of the foregoing Petitioner's Reply to Respondent's Response to Motion to Amend Petition has been mailed to Jessica O'Neill, AUSA, 401 Market Street, 4th Floor, Camden, NJ 08101, this 7th day of November, 2019, via first class mail.

                                            Michael Norwood

Mr. Michael Norwood
Reg. No. 06970-014
Federal Correctional Institution
33½ Pembroke Road
Danbury, CT 06811

RECEIVED
NOV 13 2019
AT 8:30
WILLIAM T. WALSH, CLERK

⇔ 06970-014
Clerk US District Court
400 Cooper ST
Camden, NJ 08102
United States

RECEIVED
NOV 13 2019
AT 8:30
WILLIAM T. WALSH, CLERK

WESTCHESTER NY 105
08 NOV 2019 PM 1 L
FOREVER / USA

08102-157000