UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MICHAEL NORWOOD,

       Petitioner,

v.                                                Case No.: 20cv919 (MPS)

D. K. WILLIAMS,

       Respondent.

## ORDER TO SHOW CAUSE

On July 6, 2020, the District Court for the District of New Jersey issued a ruling directing the clerk of the court to transfer the Petitioner's motion to amend (ECF No. 12) to this Court as a new § 2241 petition. (ECF No. 24). Accordingly, this court considers the Petitioner's Motion to Amend containing a new ground for relief as a new Petition for relief under 28 U.S.C. § 2241. (ECF No. 12). In the Amended Ground for Relief, the Petitioner asserts that he was improperly sentenced under the Armed Career Criminal Act in light of recent Supreme Court precedent. *Id.*

It is hereby ORDERED that the Respondent file a response on or before **September 14, 2020** why the relief prayed for in the Amended Ground for Relief under § 2241 should not be granted, and it is ORDERED that the Clerk serve a copy of this order and a copy of the new Petition and all attachments (ECF 12), to Respondent's representative, John Hughes, United States Attorney, Office of the United States Attorney, by email, on or before **August 1, 2020.**

Dated at Hartford, Connecticut, this 9th day of July, 2020.

                                                                 /s/
                                                   Michael P. Shea
                                                   United States District Judge