UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MICHAEL NORWOOD,
   Petitioner,

3:20CV919 (MPS)

v.

Civil No. 18-874 (RBK)

D.K. WILLIAMS,
   Respondent

RECEIVED
JUL 27 2020
AT 8:30_____M
WILLIAM T. WALSH
CLERK

MOTION TO ALTER OR AMEND JUDGMENT

The petitioner, Michael Norwood, pursuant to Rule 59(e), Fed. R. Civ. Proc., requests that the Court VACATE its July 6, 2020 judgment dismissing the petition, in light of the Third Circuit's recent decision in the petitioner's criminal case. See United States v. Norwood, Dk. No. 20-1435 (3d. Cir., Filed July 14, 2020)

Black Lives Matter,
*Michael Norwood*
Michael Norwood, Pro Se
33½ Pembroke Rd.
Danbury, CT 06811

Dated: July 20, 2020